IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | W.D. Mo. Case No. 23-00094-LMC-01 |
| | ) | |
| JAMES CLARK, | ) | W.D. Ky. Case No. 1:23MJ-60-HBB |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 27, 2023, the defendant appeared with counsel in the above-listed case on an arrest warrant on a Criminal Complaint issued by the Western District of Kentucky. The defendant intentionally, knowingly, and voluntarily waived an identity hearing and agreed that he is the person named in the arrest warrant, and also voluntarily waived his right to other proceedings in this district as indicated in the signed waiver. The defendant was remanded to the custody of the United States Marshal pending further proceedings in the Western District of Kentucky. It is therefore

ORDERED that the United States Marshal forthwith transport James Clark to the Western District of Kentucky – Bowling Green for all further proceedings in connection with this case.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE